**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6778**

WILLIAM E. ALTON, III,

      Plaintiff - Appellant,

    v.

DOCTOR MATHIS, M.D.; MARYAM MESSAFORTH, P.A.; KEVIN JOHNSON,
P.A.; NURSE CAROL, R.N.; CMS MEDICAL CONTRACTOR; DOCTOR
BAHANNA, M.D.; MARYLAND DEPARTMENT OF PUBLIC SAFETY AND
CORRECTIONAL SERVICES; EASTERN CORRECTIONAL INSTITUTION;
KATHERINE GREEN, Warden; RONALD DRYDEN, Assistant Warden;
VICTORIA BURKHARD; ROBERT HANKE, Security Chief; JOHN A.
ROWLEY, Commissioner of Correctional Institution; JAMES A.
SMITH, Maryland Reception Diagnostic and Classification
Center, Warden; MICHAEL STOUFFER; JAMES MURPHY, Assistant;
TERRANCE TAYLOR, Sergeant; CHARLES GAITHER, C.O.2; GREGORY
WARD, E.C.I. Sergeant; J. TYLER, Case Management Specialist;
SUPERVISOR PARKINSON; M FITCHETT; SPECIALIST ENDLINCH;
LIEUTENANT DRURY, ECI-Intell; IDA Y. OSITELU, Dietary
Supervisor; CONNIE SHAFT, C.D.R.M.R.D.; B. WHITTINGTON,
Lieutenant; LIEUTENANT RICHO; THORNTON, C.D.O.; TILLAMN-
HAYWOOD, C.D.O.; K. HUYKNH, C.D.O.; HANNAH, C.O.S; WALSKE,
C.O.S.; KESSLER, C.O.2; G. R. TYLER, C.O.2; JOHNSON, C.O.2;
MAJOR MAYCOCK; CAPTAIN KING; LIEUTENANT BARNES; JUDITH
HATHWAY, P.A., in their individual and official capacities;
GUNTER, C.O.2; BOBBY SHEARIN, Deputy Commissioner,

      Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District Judge.
(8:07-cv-01499-AW)

Submitted: July 22, 2008        Decided: July 28, 2008

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

William E. Alton, III, Appellant Pro Se. Philip Melton Andrews, Katrina J. Dennis, KRAMON & GRAHAM, Baltimore, Maryland; Rex Schultz Gordon, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William E. Alton, III, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Alton v. Mathis</u>, No. 8:07-cv-01499-AW (D. Md. Apr. 21, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>